IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 1:10CV00005 |
| ) | |
| HANS C. MEYER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFAULT JUDGMENT

A default having been entered against the defendant and counsel for the plaintiff having requested judgment by default against the defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure;

Judgment by default is rendered in favor of the plaintiff, the United States of America, and against the defendant, Hans C. Meyer, in the total amount of $26,070.17 as of December 3, 2009, which includes the principal amount of $15,483.22, plus 8.25% pre-judgment interest accrued pursuant to the terms of the loan, said interest totaling $10,586.95 as of December 3, 2009, and continuing to accrue until date of judgment herein at the rate of $3.50 per day; together with interest to accrue from the date of this judgment at the determined Treasury post-judgment interest rate computed daily and compounded annually, and costs in the sum of $350.00, and all future costs. The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: July 7, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court